UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA CAVENESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0650 |
| ) | Judge Haynes/Bryant |
| VOGLEY & TODD, INC., et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### O R D E R

Judge Haynes' Chambers has advised the Magistrate Judge's office that this case is set for a jury trial on **October 18, 2011, at 9:00 a.m.,** with a final pretrial conference on **October 3, 2011, at 3:00 p.m.**

Judge Haynes will issue a separate order setting out his requirements for both the trial and final pretrial conference at a later date.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge