# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TINA CAVENESS ) | |
| ) | |
| v. ) | No. 3:10-0650 |
| ) | JUDGE SHARP |
| VOGELY & TODD, INC., et al., ) | |
| ) | |

## O R D E R

By Order entered July 13, 2010 (Docket Entry No. 4), this case was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) for consideration of all pretrial matters, including submission of proposed findings of fact and recommendations for disposition of dispositive motions. The previous referral Order (Docket Entry No. 4) is hereby vacated, and the case is referred to the Magistrate Judge for further case management in accordance with Local Rule 16.01.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE