UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA CAVENESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:10-0650 |
| | ) Judge Sharp |
| VOGELY & TODD, INC. and | ) |
| DON DURHAM, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, Plaintiff Tina Caveness' Motion for Partial Summary Judgment (Docket No. 20) is hereby DENIED. The pretrial conference will be held on September 26, 2011 at 3:00 p.m., and the jury trial will commence at 9:00 a.m. on October 11, 2011, both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE